UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                        Bankr. Case No. 17-62169-PMB-13

Kimberly A Fuoco                                        Chapter 13

       Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                     Americredit Financial Services, Inc. dba GM Financial
                     PO Box 183853
                     Arlington, TX  76096


                                            By  /s/  Mandy Youngblood

                                          Mandy Youngblood
                                          PO Box 183853
                                          Arlington, TX  76096
                                          877-203-5538
                                          877-259-6417
                                          Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 20, 2017 :

Carson R. Walden  
Suite 757  
315 W. Ponce de Leon Avenue  
Decatur, GA 30033  
(404) 884-8315

Adam Goodman  
260 Peachtree Street, NW,  
Suite 200  
Atlanta, GA 30303

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx78268 / 932733